UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DENITA JONES,<br><br>                Plaintiff,<br><br>  v.<br><br>SEQUOIA EQUITIES, INC.,<br><br>                Defendant. | CASE NO. 2:24-cv-00967-BAT<br><br>**ORDER DIRECTING PARTIES TO SHOW CAUSE** |

This action has been stayed pending arbitration for nearly a year, since August 6, 2024. Dkt. 17. The Court ordered the parties to submit a joint status report by March 6, 2025, and every sixty days thereafter. Dkt. 25. The parties' status reports since then have indicated that they are engaging in settlement negotiations. Dkts. 26, 29, 30.

The most recent joint status report was due September 2, 2025, but the parties have failed to file a report. The Court accordingly **ORDERS** the parties to show cause **by no later than September 12, 2025** why a joint status report has not been filed. Cause may be shown by submitting a joint status report by that date. The Court reminds the parties that it has the inherent power to sanction parties or counsel who disobey a court order without just cause, including by dismissing the action. *See* Local Civil Rule 11(c).

DATED this 5th day of September, 2025.

                                                BRIAN A. TSUCHIDA
                                                United States Magistrate Judge